ALBERT T. BROWN, Appellant, *v.* SARAH TEEL et al.,
Impleaded, etc., Respondents.

(Argued October 9, 1891 ; decided October 27, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made February 4, 1891,
which reversed a judgment in favor of plaintiff entered upon
a decision of the court on trial at Circuit and granted a new
trial.

*James C. Rogers* for appellant.

*George B. Lawrence* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.